UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 06-33922–H5-7 |
| LAWSON'S AUTO SERVICE, INC. | § | |
| | § | (Chapter 7) |
| DEBTOR | § | |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Pay Funds into the Court Registry under 11 U.S.C. §347(b), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of same Motion is not required, therefore it is

**ORDERED**, that Janet S. Northrup, Trustee, is authorized to pay the funds in the amount of $13,544.05, which is more particularly described in Exhibit "A" attached hereto, now held by her in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court.

**SIGNED** this the _____ day of _____, 2010.


_____
DEPUTY CLERK OF THE COURT

**EXHIBIT "A"**

PLEASE CHECK ONE:

_____        Small Dividends

  **X**          Unclaimed Funds

| Name and Address | Claim No. | Amount |
|---|---|---|
| JPMorgan Chase Bank<br>AZ1-2004<br>1820 E. Sky Harbor Cir. South<br>Phoenix, AZ 85034 | 7 | $ 13,544.05 |
|  | TOTAL | $ 13,544.05 |